IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3132 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOSE TRINIDAD HERNANDEZ-OLEA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's ex parte motion to reconsider order of June 28, 2007 (filing 146) is denied.

July 23, 2007.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge